UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO:. 2:25-cr-16-SPC-NPM

JASMINE MAINES

_____

### ORDER OF FORFEITURE

Before the court is the United States' Motion for an Order of Forfeiture against Defendant Jasmine Maines in the amount of $20,375. (Doc. 38). Now that the defendant has been adjudicated guilty of Count One of the Indictment (Doc. 1), wire fraud, in violation of 18 U.S.C. § 1343, the United States seeks an order forfeiting her interest in the $20,375. *See* 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant personally obtained $20,375 in proceeds as a result of the crime of conviction. The Court thus finds the United States is entitled to possession of the $20,375.

Accordingly, it is

**ORDERED:**

The United States' Motion for an Order of Forfeiture as to Defendant Jasmine Maines (Doc. 38) is **GRANTED**.

1. The defendant is liable for an order of forfeiture in the amount of $20,375.

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $20,375 order of forfeiture.

3. Any asset forfeited from the defendant will be credited up to the amount of the order of forfeiture.

4. This Order will become a final order of forfeiture as to Defendant at sentencing.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

**DONE and ORDERED** in Fort Myers, Florida, on April 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record